■ In the Matter of the Estate of LEWIS W. BARTON, Deceased. JOHN J. GLAVIN, as Executor of LEWIS W. BARTON, Deceased, Appellant; THOMAS L. BARTON, Respondent.—

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.